Neville L. Johnson (SBN 66329)
Ron Funnell (SBN 209897)
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:   (310) 975-1080
Facsimile:   (310) 975-1095
Email:        njohnson@jjllplaw.com
              rfunnell@jjllplaw.com

Attorneys for Plaintiff and
Counterclaim-Defendant,
Jason Lust and Third-Party Defendant
SAJ Productions, LLC

John Shaeffer (SBN 138331)
    jshaeffer@foxrothschild.com
Jeff Grant (SBN 218974)
    jgrant@foxrothschild.com
Joshua Bornstein (SBN 311658)
    jbornstein@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:   310-598-4150
Facsimile:   310-556-9828

Attorneys for Defendants and Counterclaimant
Animal Logic Entertainment US and Zareh Nalbandian
Counterclaimants, Animal Logic LLC, and
Animal Logic Entertainment PTY Ltd
and Defendant Zareh Nalbandian

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LUST, an individual, | Case No.: 17-CV-00308-JAK-AFM |
| Plaintiff, | Hon. Judge John A. Kronstadt |
| v. | **JOINT STATEMENT OF THE CASE** |
| ANIMAL LOGIC ENTERTAINMENT US, d/b/a ANIMAL LOGIC ENTERTAINMENT, LLC, a California limited liability corporation; ZAREH NALBANDIAN, an individual; and DOES 1 through 20, inclusive, | |
| Defendants. | |

**And related Counterclaims and Third Party Complaint**

Complaint Filed October 31, 2016

FPC:        February 10, 2020
Time:       1:30 p.m.
Place:      Courtroom 10B

Trial Date: February 25, 2020
Time:       9:00 a.m.
Place:      Courtroom 10B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STATEMENT OF THE CASE

1   Pursuant to the Court's Standing Order for Civil Cases, Plaintiff and
2   Counterclaim-Defendant Jason Lust ("Plaintiff") and Defendant and
3   Counterclaimant Animal Logic Entertainment, LLC and Counterclaimant Animal
4   Logic Entertainment PTY, Ltd. (collectively, "ALE") hereby submit their Joint
5   Statement of the Case.

6   **JOINT STATEMENT OF THE CASE**

7   The parties to this case are Jason Lust, who is the plaintiff and a counter-defendant,
8   Animal Logic Entertainment LLC, who I will refer to as ALE and is a defendant
9   and counterclaimant, and Animal Logic Pty LLC, which is an Australian sister
10  company of ALE and who is a counterclaimant in this case, and who I will refer to
11  as ALE AU.

12  Pursuant to an agreement dated February 28, 2013, ALE contracted with Lust for
13  him to help develop motion picture projects for ALE over a two year term.  In
14  exchange, Lust would be entitled to a percentage of production fees and profit
15  participations received by ALE on the projects he worked on along with credit as a
16  producer or as an executive producer if needed for financing.  These rights would
17  extend beyond the term of the agreement for up to five years.  As part of his
18  production services, Lust agreed that his work would become the property of ALE
19  and that he would execute documents as needed to reflect that fact.

20  During the term of that contract, Lust worked on several projects, including what
21  would become the theatrical motion picture *Peter Rabbit*, which was released by
22  Columbia Pictures in 2018.  Columbia Pictures, however, did not sign a Producer's
23  Agreement for *Peter Rabbit* with ALE until more than a year after the term of his
24  contract with ALE ended.  Lust is credited on *Peter Rabbit* as an executive
25  producer and has been credited with all monies due him under his contract with
26  ALE.

27  Lust contends that ALE caused Columbia Pictures not to use Lust's services as a
28  producer on *Peter Rabbit* and caused Columbia Pictures to credit him as an

1

JOINT STATEMENT OF THE CASE

executive producer rather than as a producer.  ALE responds that Columbia Pictures on its own decided that its application to receive a tax benefit from an agency of the Australian government would be enhanced by crediting Lust, who is a United States Citizen, as an executive producer rather than a producer. Additionally, it was Columbia Pictures' decision not to use Lust's services as a producer on the film.

ALE contends that during the term of its contract with Lust, Lust refused to sign acknowledgements requested by studios that the work he did on projects was the property of ALE.  ALE contends that these refusals amount to a breach of contract. Additionally, both ALE and its sister entity ALE AU contend that Lust's refusals amount to a tortious interference with their contractual relationships with studios and other production companies, and, to the extent that these relationship were not yet formalized as a contract, tortuously interfered with the prospective economic advantage from such relationships.  Lust denies ALE's claims.

Dated:  January 27, 2020                    JOHNSON & JOHNSON LLP


                                            By   */s/ Neville Johnson*
                                                 Neville L. Johnson
                                                 Attorneys for Plaintiff/
                                                 Counterclaim-Defendant,
                                                 Jason Lust and Third-Party Defendant
                                                 SAJ Productions, LLC

///
///
///
///
///
///
///

2

JOINT STATEMENT OF THE CASE

1   Dated: January 28, 2020                    FOX ROTHSCHILD LLP

2

3                                              By: /s/ John Shaeffer

4                                              John J. Shaeffer
                                               Jeff H. Grant
5                                              Joshua Bornstein
                                               Attorneys for Defendant and
6                                              Counterclaimant, ANIMAL LOGIC
                                               ENTERTAINMENT, LLC,
7                                              Counterclaimants/Third-Party
                                               Complainants, ANIMAL LOGIC LLC, and
8                                              ANIMAL LOGIC ENTERTAINMENT
                                               PTY LTD., Defendant ZAREH
9                                              NALBANDIAN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT OF THE CASE