UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV17-00308 JAK (AFMx) | Date | April 24, 2020 |
|---|---|---|---|
| Title | Jason Lust v. Animal Logic Entertainment US, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE NOTICE OF FAILED SETTLEMENT AND REQUEST FOR FINAL PRETRIAL CONFERENCE AND TRIAL DATES (DKT. 169)**

The Notice of Failed Settlement and Request for Final Pretrial Conference and Trial Dates (Dkt. 169) has been reviewed.

A hearing on the parties' motions in limine (Dkts. 142 to 147) is set for Monday, June 22, 2020 at 11:30 a.m. Any request to address any other issues at that hearing shall be filed on or before June 1, 2020. A Final Pretrial Conference is set for Monday, October 26, 2020 at 8:30 a.m. A trial is set for Tuesday, November 10, 2020 at 9:00 a.m. These are the earliest available dates.

On or before May 1, 2020, the parties shall file a joint report that states their collective and/or respective views as to whether a further settlement conference with Magistrate Judge MacKinnon would be productive, and if so, when. They also state their respective and/or collective views as to whether they would consent to a trial before a Magistrate Judge if the parties agree to a Magistrate Judge whose calendar would permit the commencement of trial on a date that is substantially earlier than November 10, 2020.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | cw |