1  Neville L. Johnson (SBN 66329)
   Ronald P. Funnell (SBN 209897)
2  **JOHNSON & JOHNSON LLP**
3  439 North Canon Drive, Suite 200
   Beverly Hills, California 90210
4  Telephone:  (310) 975-1080
   Facsimile:  (310) 975-1095
5  Email:      njohnson@jjllplaw.com
               rfunnell@jjllplaw.com
6
7  Attorneys for Plaintiff/
   Counterclaim-Defendant,
8  Jason Lust and Third-Party Defendant SAJ
   Productions, LLC
9
10
11          **UNITED STATES DISTRICT COURT**
12          **CENTRAL DISTRICT OF CALIFORNIA**

13  JASON LUST, an individual,                Case No.: 17-CV-00308-JAK-AFM

14              Plaintiff,                     Hon. Judge John A. Kronstadt

15       v.                                   **JOHNSON & JOHNSON LLP'S *EX***
                                              ***PARTE* APPLICATION FOR AN**
16  ANIMAL LOGIC                              **EXPEDITED HEARING DATE FOR**
    ENTERTAINMENT US, a California            **MOTION TO WITHDRAW**
17  limited liability corporation; ZAREH
    NALBANDIAN, an individual; and
18  DOES 1 through 20, inclusive,

19              Defendants.
20  _____
    ____
21
    AND RELATED COUNTERCLAIMS
22  AND THIRD PARTY COMPLAINT
    _____
23
24
25
26
27
28

*EX PARTE* APPLICATION FOR EXPEDITED HEARING DATE

1    **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

2          **PLEASE TAKE NOTICE** that Johnson & Johnson LLP, Neville L.

3    Johnson, Douglas L. Johnson and Ronald P. Funnell, counsel of record for Plaintiff

4    and Counter-defendant, Jason Lust, and Third Party Defendant SAJ Productions, LLC

5    herein apply to the Court *ex parte* for an Order setting an expedited hearing date for

6    Johnson & Johnson LLP's Motion to Withdraw as Counsel.

7          Johnson & Johnson LLP and its attorneys (collectively "Johnson &

8    Johnson") make this *ex parte* application on the grounds that Johnson & Johnson

9    intends to withdraw as counsel for Mr. Lust and SAJ Productions, LLC ("Clients")

10   in a manner which will avoid any prejudice to the rights of Clients and will give

11   Clients sufficient notice to permit Clients to retain other counsel prior to the

12   November 10, 2020 trial of this matter. Currently, the first available dates on the

13   Court's website motion calendar are August 31, 2020 and September 28, 2020.

14   Those dates are too close to the trial date to give Clients a reasonable opportunity to

15   retain replacement counsel. Therefore, Johnson & Johnson requests that the Court

16   set an expedited hearing date of either June 8, 2020; June 15, 2020; or at the very

17   latest, June 22, 2020, the date set for hearing of motions in limine in this matter.

18   See Dkt. 170.

19         This Application is made after providing notice to counsel for Defendants,

20   Counterclaimants, and Third Party Complainants Animal Logic Entertainment, LLC

21   and Animal Logic Entertainment PTY Ltd, as required by Local Rule 7-19.1, by

22   emails with opposing counsel John Shaeffer on May 7, 2020.  Declaration of Ronald

23   P. Funnell at ¶ 2.  Mr. Shaeffer stated that he will take no position and does not intend

24   to file anything.

25         Defendants and Counterclaimants' counsels' contact information is:

26                        John Shaeffer (SBN 138331)
                         Joshua Bornstein (SBN 311658)

27                        FOX ROTHSCHILD LLP
                         01250 Constellation Blvd.

28                        Suite 900

1    Los Angeles, California, 90067
     Telephone: (310) 598-4150
2    Email:  jshaeffer@foxrothschild.com
              jbornstein@foxrothschild.com
3

4        This Application is based on this Notice of *Ex Parte* Application and

5    Application, the attached Memorandum of Points and Authorities in support

6    thereof, the Declaration of Ronald P. Funnell, the attached Motion to Withdraw as

7    Counsel, the pleadings and documents on file in this action, and all other matters

8    that the Court may consider, including oral argument of counsel at the hearing, if

9    any.

10     DATED:  May 7, 2020              **JOHNSON & JOHNSON LLP**
11
12                            By    /s/ Ronald P. Funnell
                                    Neville L. Johnson
13                                  Ronald P. Funnell
                                    *Attorneys for Plaintiff/ Counterclaim-*
14                                  *Defendant,*
                                    Jason Lust,
15                                  *and Third-Party Defendant*,
                                    SAJ Productions, LLC
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## **MEMORANDUM OF POINTS AND AUTHORITIES**

2       Johnson & Johnson LLP and its attorneys Neville L. Johnson, Douglas L.

3 Johnson, and Ronald P. Funnell (collectively "Johnson & Johnson"), counsel of

4 record for Plaintiff and Counter-Defendant Jason Lust and Third Party Defendant SAJ

5 Productions, LLC (collectively, "Clients"), seek to withdraw from the representation

6 of Clients in this matter. Through this *ex parte* application, Johnson & Johnson seeks

7 an expedited hearing date in order to withdraw in a timely manner and reduce any

8 inconvenience or prejudice to Clients. California Rule of Professional Conduct

9 1.16(d) provides that "[a] lawyer shall not terminate a representation until the lawyer

10 has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of

11 the client, such as giving the client sufficient notice to permit the client to retain other

12 counsel…"

13       This *ex parte* is a reasonable step to preserve the rights of Clients, brought in an

14 effort to comply with the requirements Rule 1.16(d). See *Ramirez v. Sturdevant*, 21

15 Cal.App.4th 904, 915 (1994) ("We are, however, aware of no authority preventing an

16 attorney from withdrawing from a case when withdrawal can be accomplished

17 without undue prejudice to the client's interests.").'

18       Trial in this matter has been postponed until November 10, 2020, giving

19 Clients ample time to retain replacement counsel and for new counsel to prepare for

20 trial. See Dkt. 170. However, the earliest motion dates available on the Court's

21 website motion calendar are August 31, 2020 and September 28, 2020. Although

22 Johnson & Johnson first gave Clients written notice of its intent to withdraw on

23 February 26, 2020, Johnson & Johnson believes that these hearing dates are too close

24 to the trial date to give Clients sufficient time to retain replacement counsel and for

25 that counsel to get up to speed.

26 ///

27 ///

28 ///

1         Therefore, Johnson & Johnson requests, in order to prevent any potential

2 prejudice to Clients, that the Court set an expedited hearing date for the motion of

3 either June 8, 2020; June 15, 2020; or at the very latest, June 22, 2020. The parties

4 will be before the Court next to argue motions in limine on June 22, 2020 at 11:30

5 a.m. Dkt. 170.

6

7   DATED:  May 7, 2020                      **JOHNSON & JOHNSON LLP**

8                            By   /s/ Ronald P. Funnell

9                               Neville L. Johnson

10                               Ronald P. Funnell
                                 Attorneys for Plaintiff and Counter-
                                 Defendant Jason Lust,

11                               and Third-Party Defendant

12                               SAJ Productions, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*EX PARTE* APPLICATION FOR EXPEDITED HEARING DATE

## <u>DECLARATION OF RONALD P. FUNNELL</u>

I, Ronald P. Funnell, declare as follows:

1.      I am an associate with the firm of Johnson & Johnson LLP, counsel for Plaintiff and Counter-Defendant Jason Lust and Third Party Defendant SAJ Productions, LLC in this action.  I am over the age of 18 and not a party to this action.  I make this declaration from my personal knowledge.  If called as a witness I could and would competently testify hereto.

2.      As of the time of the filing of this ex parte application, the earliest motion hearing dates available on the Court's website calendar were August 31, 2020 and September 28, 2020.

3.      On May 7, 2020, I provided *ex parte* notice pursuant to Local Rule 7-19.1 to Defendants' counsel John Shaeffer via email, and I explained the emergency basis of the application and the relief sought.  Mr. Shaeffer stated that he would take no position and did not intend to file anything.

4.      On May 7, 2020, I also provided Plaintiff and Counter-Defendant Jason Lust and Third Party Defendant SAJ Productions, LLC with written notice of this *ex parte* application via email and U.S. Mail.

5.      Attached to this *ex parte* application as **Exhibit 1** is a copy of Johnson & Johnson LLP's Motion to Withdraw as Counsel.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed in Beverly Hills, California on the 7th day of May 2020.

*/s/ Ronald P. Funnell*

Ronald P. Funnell