Neville L. Johnson (SBN 66329)
Ron Funnell (SBN 209897)
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:   (310) 975-1095
Email:       njohnson@jjllplaw.com
             rfunnell@jjllplaw.com

Attorneys for Plaintiff and Counterclaim-Defendant,
Jason Lust and Third-Party Defendant
SAJ Productions, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LUST, an individual, | Case No.: 17-CV-00308-JAK-AFM |
| Plaintiff, | Hon. Judge John A. Kronstadt |
| v. | **JOHNSON & JOHNSON LLP'S STATEMENT RE: MOTION TO WITHDRAW** |
| ANIMAL LOGIC ENTERTAINMENT US, d/b/a ANIMAL LOGIC ENTERTAINMENT, LLC, a California limited liability corporation; ZAREH NALBANDIAN, an individual; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| **And related Counterclaims and Third Party Complaint** | Complaint Filed October 31, 2016 |

**STATEMENT RE: MOTION TO WITHDRAW**

Pursuant to the Court's Order Re Johnson & Johnson LLP's *Ex Parte* Application for an Expedited Hearing Date for Motion to Withdraw (Dkt. 174), Johnson & Johnson LLP submits this Statement:

Jason Lust and SAJ Productions, LLC oppose Johnson & Johnson LLP's Motion to Withdraw.

Johnson & Johnson LLP has informed Jason Lust, SAJ Productions, LLC's Chief Executive Officer, that SAJ Productions, LLC cannot represent itself in this matter, and that new counsel must substitute in to represent SAJ Productions, LLC.

Dated: May 12, 2020                    JOHNSON & JOHNSON LLP

By /s/ Ronald P. Funnell
Neville L. Johnson
Ronald P. Funnell
Attorneys for Plaintiff/
Counterclaim-Defendant,
Jason Lust and Third-Party Defendant
SAJ Productions, LLC

---

1

JOHNSON & JOHNSON LLP'S STATEMENT RE: MOTION TO WITHDRAW