John Shaeffer (SBN 138331)
    jshaeffer@foxrothschild.com
Jeff Grant (SBN 218974)
    jgrant@foxrothschild.com
Joshua Bornstein (SBN 311658)
    jbornstein@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:  310-598-4150
Facsimile:   310-556-9828

Attorneys for Defendants and Counterclaimant
Animal Logic Entertainment US and Zareh Nalbandian
Counterclaimants, Animal Logic LLC, and
Animal Logic Entertainment PTY Ltd
and Defendant Zareh Nalbandian

**Lowe & Associates, P.C.**
Steven T. Lowe, Esq. SBN 122208
Vikram Amritraj, Esq. SBN 321584
8383 Wilshire Blvd., Ste. 1038
Beverly Hills, CA 90211
Telephone: (310) 477-5811
Facsimile: (310) 477-7672
steven@lowelaw.com
vikram@lowelaw.com

Attorneys for Plaintiff and Counterclaim-Defendant,
Jason Lust and Third-Party Defendant SAJ Productions, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LUST, an individual, | Case No.: 17-CV-00308-JAK-AFM |
| Plaintiff, | Hon. Judge John A. Kronstadt |
| v. | **JOINT EXHIBIT LIST** |
| ANIMAL LOGIC ENTERTAINMENT US, d/b/a ANIMAL LOGIC ENTERTAINMENT, LLC, a California limited liability corporation; ZAREH NALBANDIAN, an individual; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| **And related Counterclaims and Third Party Complaint** | Complaint Filed October 31, 2016 |
| | FPC:        December 21, 2020 |
| | Time:       1:30 p.m. |

|            |               |
|------------|---------------|
| Place:     | Courtroom 10B |

| Trial Date: | January 12, 2021 |
|-------------|------------------|
| Time:       | 9:00 a.m.        |
| Place:      | Courtroom 10B    |

JOINT EXHIBIT LIST

1    Pursuant to the Court's Standing Order for Civil Cases, Rule 16 of the Rules

2  of Civil Procedure, Local Rule 16-6, Plaintiff and Counter-Defendant and

3  Defendants and Counterclaimants hereby submit their Joint Exhibit List.

4

5  Dated:  November 30, 2020          LOWE & ASSOCIATES, P.C.

6                                         */s/ Vikram Amritraj*

7                                 By _____

8                                    Steven T. Lowe
                                    Vikram Amritraj
9                                    Attorneys for Plaintiff/
                                    Counterclaim-Defendant,
10                                   Jason Lust and Third-Party Defendant
                                    SAJ Productions, LLC
11

12

13  Dated: November 30, 2020           FOX ROTHSCHILD LLP

14
                                         */s/ John J. Shaeffer*
15
                                 By: _____
16                                   John J. Shaeffer
                                    Jeff H. Grant
17                                   Joshua Bornstein
                                    Attorneys for Defendant and
18                                   Counterclaimant, ANIMAL LOGIC
                                    ENTERTAINMENT, LLC,
19                                   Counterclaimants/Third-Party
                                    Complainants, ANIMAL LOGIC LLC, and
20                                   ANIMAL LOGIC ENTERTAINMENT
                                    PTY LTD., Defendant ZAREH
21                                   NALBANDIAN

22

23

24

25

26

27

28

1
JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 100 | 12/12/13 email thread between Rob Cornish and Zareh Nalbandian (AL009096-AL009100) | | | | |
| 123 | Email thread between Craig Emanuel, Nate Greenwald, Zareh Nalbandian, Rob Cornish and Jason Lust dated 1/13/14 to 2/20/14 (AL010272 - AL010274) | | | | |
| 125 | Email from Jason Lust to Felicity Staunton, Jonathan Hludzinski, Zareh Nalbandian and Rob Cornish dated 3/12/14 (AL079678) | | | | |
| 127 | Email from Craig Emanuel to Zareh Nalbandian and Rob Cornish dated 3/15/14 (AL012385- AL012386) | | | | |
| 132 | Email thread between Jason Lust, Craig Emanuel, Zareh Nalbandian and Rob Cornish dated 4/4/14 to 4/8/14 (AL010061- AL010064) | | | | |
| 133 | Email from Rob Cornish to Jason Lust and cc'd to Zareh Nalbandian and Felicity Staunton dated 3/31/14 (AL012284) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 134 | Email from Jason Lust to Zareh Nalbandian and Rob Cornish dated 4/9/14 (AL000133) | | | | |
| 136 | Emails between Rob Cornish and Zareh Nalbandian dated 4/9/14 to 4/11/14 (AL000099-AL000100) | | | | |
| 145 | Emails between Rob Cornish and Zareh Nalbandian dated 11/9/14-11/10/14 (AL000377-AL000379) | | | | |
| 300 | Emails between Hannah Minghella and Jason Lust dated 11/13/13 to 11/15/13 (LustSub26876-LustSub26877) | | | | |
| 301 | Emails between Hannah Minghella and Jason Lust dated 2/7/14 (LustSub2307-LustSub2308) | | | | |
| 302 | Letter from Deborah Bruenell to Craig Emanuel dated 11/19/15 (LustSub0216-LustSub0218) | | | | |
| 304 | Email from Deborah Bruenell to Craig Emanuel dated 3/10/16 (LustSub0562-LustSub0600) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 305 | Email from Deborah Bruenell to Craig Emanuel dated 11/19/15 (LustSub0218-LustSub0264) | | | | |
| 309 | Letter from Craig Emanuel to Michael Marshall dated 5/9/16 (LustSub0212) | | | | |
| 310 | Email thread between Craig Emanuel, Mark Wyman, David Silverman, Michael Marshall, Deborah Bruenell and Daniel Floyd dated 6/15/16 (LustSub0210-LustSub0211) | | | | |
| 333 | Email thread between Jason Lust, Rob Cornish and Zareh Nalbandian dated 4/4/14 (AL10063-AL10065) | | | | |
| 500 | Email from Craig Emanuel to Ron Cornish, Zareh Nalbandian, Nate Greenwald and Kevin Garlitz dated 3/29/14 (AL027998-AL02800) | | | | |
| 501 | Letter from Alex Sangston to Zareh Nalbandian dated 11/27/15 (LustSub2351-LustSub2354) | | | | |
| 502 | Letter from Alex Sangston to Zareh Nalbandian dated 11/27/15 (AL099766-AL099769) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 503 | Email from Catherine McDonnell to Alex Sangston, Zareh Nalbandian and Felicity Staunton dated 10/14/15 (AL099777-AL099778) | | | | |
| 504 | Email thread between Melanie Goss to Alex Sangston, Felicity Staunton, and Catherine McDonnell dated 10/14/15 (AL099775-AL099776) | | | | |
| 505 | Email from Alex Sangston to Zareh Nalbandian and Catherine McDonnell dated 11/27/15 (AL099761) | | | | |
| 506 | Email from Catherine McDonnell to Felicity Staunton and Zareh Nalbandian dated 10/18/16 (AL046281- AL046284) | | | | |
| 507 | Email from Catherine McDonnell to Zareh Nalbandian, Michael Morgenthal, Tatts Bishop, Felicity Staunton and Matt Leonetti dated 10/26/16 (AL046276-AL046280) | | | | |
| 508 | Peter Rabbit Development Narrative for Screen Australia Producer Offset Application (AL099771-AL099774 | | | | |

5
JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 509 | Peter Rabbit-Producer Offset Parameters for Significant Australian Content (AL099807) | | | | |
| 510 | Email from Lisa Santo-Buchler to Zareh Nalbandian dated 8/1/16 (AL079967- AL079970) | | | | |
| 511 | Email thread between Zareh Nalbandian, Felicity Staunton and Catherine McDonnell dated 6/16/16-6/17/16 (AL001317- AL001318) | | | | |
| 512 | Email thread between Jason Lust, Craig Emanuel, Zareh Nalbandian and Rob Cornish dated 1/13/14 to 2/21/14 (AL010266- AL010267) | | | | |
| 513 | Email thread between Zareh Nalbandian and Rob Cornish dated 2/24/14 to 2/25/15 (AL010205-AL010207) | | | | |
| 514 | Email thread between Zareh Nalbandian, Jason Lust, Felicity Staunton, Jonathan Hludzinski, Ron Cornish and Craig Emanuel dated 3/10/14 to 3/12/14 (AL042071- AL042073) | | | | |

6

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 515 | Emails between Craig Emanuel and Deborah Bruenell dated 3/11/14 to 3/12/14 (LustSub550) | | | | |
| 516 | E-mail thread between Rob Cornish and Zareh | | | | |
| 517 | Nalbandian, dated 3/13/14 (AL010133 - AL010134) | | | | |
| 518 | E-mail thread between Jason Lust, Rob Cornish and Zareh Nalbandian, dated 3/13/14 (AL010128 - AL010130) | | | | |
| 519 | Email from Craig Emanuel to Deborah Bruenell dated 3/24/14 (LustSub0397) | | | | |
| 520 | Email thread between craig Emanuel, Rob Cornish, Zareh Nalbandian and Nate Greenwald with last date of 3/27/14 (AL088527- AL088531) | | | | |
| 521 | Email sent on behalf of Craig Emanuel to Rob | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Cornish and Zareh Nalbandian dated 4/1/14 (AL000089- AL000098) | | | | |
| 522 | Email from Craig Emanuel to Rob Cornish and Zareh Nalbandian dated 3/28/14 (AL088408) | | | | |
| 523 | Calendar entry for 4/24/14 meeting (AL027331) | | | | |
| 524 | E-mail thread from Rob Cornish to Zareh Nalbandian with last date of 3/13/2014 (AL010133 - AL010134) | | | | |
| 525 | Email and attachment from Jason Lust to Zareh Nalbandian dated 7/31/14 (JL000509- JL000513) | | | | |
| 526 | Email thread between Jason Lust and Zareh Nalbandian dated 8/18/14 (JL000359-JL000360) | | | | |
| 527 | Email thread between Jason Lust and Zareh Nalbandian with last date of 10/11/14 (JL000357-JL000358) | | | | |
| 528 | Email thread between Rob Cornish and Zareh Nalbandian with last date of 11/3/14 (AL011476- AL011477) | | | | |
| 529 | Projects currently in development draft (AL011469) | | | | |
| 530 | Email from Zareh Nalbandian to Rob Cornish dated 11/9/14 | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (AL000378-AL000379) | | | | |
| 531 | Email from Zareh Nalbandian to Lisa Santo-Buchler and Felicity Staunton dated 11/11/14 (AL086547- AL086548) | | | | |
| 532 | Email from Zareh Nalbandian to Felicity Staunton dated 11/12/14 (AL028135) | | | | |
| 533 | Email thread between Zareh Nalbandian and Rob Cornish and attachment dated 11/12/14 (AL000382-AL000385) | | | | |
| 534 | Email from Rob Cornish to Zareh Nalbandian dated 11/13/14 (AL011439 - AL011440) | | | | |
| 535 | Email from Zareh Nalbandian to Rob Cornish with attachment dated 11/17/14 (AL011436- AL011438) | | | | |
| 536 | Email from Craig Emanuel to Mark Wyman dated 6/13/16 (LustSub2077-LustSub2078) | | | | |
| 537 | Email thread between Craig Emanuel, Mark Wyman and David Silverman dated 6/15/16 (LustSub-0210 - LustSub-0211) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 538 | Email thread between Craig Emanuel and Phillip Rose with last date of 11/24/14 (AL011433- AL011435) | | | | |
| 539 | Letter from Craig Emanuel to Phillip Rosen dated 2/20/15 (AL001216- AL001218) | | | | |
| 540 | Email thread between Jonathan Hludzinski, Rob Cornish, Zareh Nalbandian and Jason Lust with Possessions deal attached, dated 1/13/14 (AL043019) | | | | |
| 541 | Possessions deal memo dated 1/12/14 (AL042510- AL042512) | | | | |
| 542 | Attachment Agreement – Astro Boy (AL058056- AL058060) | | | | |
| 543 | Forwarded email message from Zareh Nalbandian to Felicity Staunton and Catherine McDonnell (AL001292- AL001295) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 544 | Email from Tetsu Fujmura to Zareh Nalbandian dated 12/16/14 (AL058391) | | | | |
| 545 | Email between Craig Emanuel and Deborah Bruenell, dated 9/10/15 (AL075769-AL075770) | | | | |
| 546 | Email from Zareh Nalbandian to Catherine McDonnell and others dated 1/13/16 (AL001352- AL001353) | | | | |
| 547 | Letter from Brian Freedman to Sunny Brenner dated 2/4/15 (JL002370-JL002371) | | | | |
| 548 | Email thread between Craig Emanuel, Deborah Bruenell and Zareh Nalbandian with last date of 4/10/16 (LL-AL0000836) | | | | |
| 549 | Email thread between Jonathan Hludzinski, Lisa Santo-Buchler, Zareh Nalbandian and Felicity Staunton with a last date of 2/14/16 (AL058712- AL058714) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 550 | Email thread between Zareh Nalbandian, Nate Greenwald, Jason Lust and Rob Cornish with a last date of 12/18/13 (CAA00001194-CAA00001197) | | | | |
| 551 | Email from Zareh Nalbandian to Rob Cornish dated 12/12/13 (AL009096- AL009100) | | | | |
| 552 | Email thread between Jason Lust and Hannah Minghella with last date 1/24/14 (LustSub2301) | | | | |
| 553 | Email from Hannah Minghella to Jennie Paine and Adam Milano dated 1/25/14 (LustSub2302) | | | | |
| 554 | Email thread with Jason Lust, Adam Milano and Hannah Minghella with last date 1/24/14 (JL000224-JL000226) | | | | |
| 555 | ALE Five-Year Business Plan (JL000010- JL000011) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 556 | Email from Jason Lust to Zareh Nalbandian, Jonathan Hludzinski and Felicity Staunton dated 4/9/14 (AL027607) | | | | |
| 557 | Email from Jason Lust to Jon Levin dated 5/5/14 (AL027016) | | | | |
| 558 | Email from Jason Lust to Jon Levin, Zareh Nalbandian, Jonathan Hludzinski, and Felicity Staunton dated 5/29/14 (AL063407) | | | | |
| 559 | Email thread between Jason Lust, Zareh Nalbandian, Jonathan Hludzinski, and Felicity Staunton dated 5/30/14 (AL026131) | | | | |
| 560 | Email thread between Jason Lust, Zareh Nalbandian, Jonathan Hludzinski, and Felicity Staunton dated 8/22/14 (AL024501) | | | | |
| 561 | Calendar entry for 4/25/14 meeting (AL027357) | | | | |

13

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 562 | Email from Jonathan Hludzinski to Margaret French Isaac, Json Lust, Zareh Nalbandian and Felicity Staunton dated 3/24/13 (JL001269-JL001270 | | | | |
| 563 | Letter from Jason Lust to Ruben Fleischer (AL044154) | | | | |
| 564 | Email from Jody Hotchkiss to Jason Lust dated 7/31/13 (JL001410-JL001411) | | | | |
| 565 | Treehorn Art Book (JL001209-JL001236) | | | | |
| 566 | Email from Jason Lust to Margaret French Isaac, Jonathan Hludzinski and Felicity Staunton dated 6/16/14 (AL088273) | | | | |
| 567 | Email from Margaret French Isaac to Jody Hotchkiss, Brandon Zamel and Jason Lust dated 6/18/14 (AL044165) | | | | |
| 568 | Email thread between Zareh Nalbandian, Bob Norton and Jonathan Hludzinski dated 7/6/17 (AL086286) | | | | |

14

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 569 | PETER RABBIT – Official trailer, dated 9/21/17, https://www.youtube.com/watch?v=7Pa_Weidt08 | | | | |
| 570 | PETER RABBIT 2: THE RUNAWAY – Official trailer, dated 1/15/2020, https://www.youtube.com/watch?v=euGHcnyUo84 | | | | |
| 571 | Peter Rabbit: Zareh Nalbandian interview at premiere in London, dated 3/11/18, https://www.youtube.com/watch?v=YD_EJJgQ79M | | | | |
| 572 | Peter Rabbit UK Premiere - Itw Zareh Nalbandian (Official video), dated 3/13/18, https://www.youtube.com/watch?v=U--6ZUnNYRo | | | | |
| 573 | Peter Rabbit Australian Premiere Interviews, dated 3/31/18, https://www.youtube.com/watch?time_continue=2&v=QkOd4lmz6Xs&feature=emb_logo | | | | |
| 574 | Email thread between Jason Lust, Zareh Nalbandian and Felicity Staunton dated 3/22/13 (JL000685-JL000687) | | | | |
| 575 | Email thread between Rob Lieber, Zareh Nalbandian and Jason Lust last dated 5/9/13 | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (JL001431-JL1434) | | | | |
| 576 | Email from Jason Lust to Zareh Nalbandian dated 1/18/13 (JL001130-JL001131) | | | | |
| 577 | Jason Lust Entitlement Accounting dated 3/5/19 | | | | |
| 578 | 12/16/2015 Email from Gross to McDonnell re "ALE | Biz Affairs Agenda 17.12.15" (AL001286) | | | | |
| 579 | September 2014 emails between Nalbandian and Cornish Re: "Claus" and "Nemesis" COE – Jason Lust (AL003812–3815) | | | | |
| 580 | 03/12/2013 Email from Cornish to Nalbandian Re: "Updated JL deal memo" (AL011703) | | | | |
| 581 | Attachment 1 to 03/12/2013 Email from Cornish to Nalbandian Re: "Updated JL deal memo" – JL Deal Letter Draft v5 (RC) 12 03 2013.doc (AL011704-11709) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 582 | Attachment 2 to 03/12/2013 Email from Cornish to Nalbandian Re: "Updated JL deal memo" – JL Deal Letter (execution) 12 03 2013.pdf (AL011710-11715) | | | | |
| 583 | 03/14/2013 Email from Cornish to Nalbandian Re: Jason Lust Signed Proposal (AL011721-11723) | | | | |
| 584 | 05/08/2014 - 05/09/2014 Emails between Lust and Fujimura Re: Update on Sonic and Astroboy (AL026740) | | | | |
| 585 | 04/22/2014 – 04/23/2014 Emails between Emanuel, Cornish, Nalbandian and Lust Re: Monkeys (AL027321) | | | | |
| 586 | 04/07/2014 – 04/9/2014 Emails between Lust and Hildebrand Re: OBE COEs (AL027587) | | | | |
| 587 | 09/05/2014 Emails between Cornish and Hludzinski re: Clause C of E (AL061260-61261) | | | | |
| 588 | 08/23/2016 Emails from Schmidt to ALE Team Mailing List (ale_team@al.com.au) Re: The Incredible Shrinking Treehorns Mitchell Update (AL086272) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 589 | 01/13/2017 Email from Nalbandian to Hludzinski re: FW Treehorn book option (AL086285) | | | | |
| 590 | 09/26/2014 Email from Lust to Nalbandian re MFI/Infinitum Nihil; discussion with Margaret on projects. (AL086537) | | | | |
| 591 | 04/09/2014 – 04/10/2014 Emails between Cornish and Caldwell re: Treehorn Agreement. (AL087297-87298) | | | | |
| 592 | Attachment to 04/09/2014 – 04/10/2014 Emails between Cornish and Caldwell re: Treehorn Agreement – Treehorn shopping agmt amendment1 (fully executed).pdf (AL087299-87301) | | | | |
| 593 | 05/31/2014-06/02/2014 Emails between Hlduzinski and Nalbandian Re: Treehorn Art Notes (AL087316-87319) | | | | |
| 594 | 06/19/2014 Treehorn Art Copy, Character and Story Points (AL087331-87333) [CONFIDENTIAL] | | | | |
| 595 | 11/18/2014 Email from Nalbandian to Staunton Re: Treehorn shopping agmt (AL087412-87414) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 596 | 04/18/2017 Emails between Hludzinski and McDonnell re: Treehorn \| Agreements (AL087473-87474) | | | | |
| 597 | 09/10/2014 Email from Lieber to Staunton re: Treehorn \| Catch-up w/ Jason & Jonathan (AL087485) | | | | |
| 598 | 08/27/2014 Email from Lieber to Lust re: Peter Rabbit! [draft script] (AL095643) | | | | |
| 599 | 09/03/2014 Email from Hudzinski to Hildebrand Re: ALE \| Peter Rabbit \| Notes – Aug. 27, 2014 Draft (AL095644-95646) [CONFIDENTIAL] | | | | |
| 600 | 09/10/2014 Email from Lieber to Hildebrand/Lust Re: PR Producer Pass (AL095768) [CONFIDENTIAL] | | | | |
| 601 | 06/29/2016 – 06/30/2016 Emails between Sudar and Canalita re: Animal Logic – "Nemesis" and "Claus. (LL-AL0000808) [CONFIDENTIAL] | | | | |
| 602 | Email from Sudar to Canalita re: Animal Logic – "Nemesis" and "Claus" (LL-AL0000809) [CONFIDENTIAL] | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 603 | 07/03/2014 – Email from Jones to Bruenell re: "Peter Rabbit" and Attachment 1 – "[Untitled].pdf" – PR Producer Agreement notes (LustSub-1789-1802) [CONFIDENTIAL] | | | | |
| 604 | 03/11/2016 – Email from Bruenell to Emanuel Re: Peter Rabbit – Animal Logic (Producer Agmt) and attachment 1: "Animal Logic producer Agmt. V6 sent vs v7 sent.redline.pdf" (LustSub-1927-1950) [CONFIDENTIAL] | | | | |
| 605 | 09/22/2014 – 09/23/2014 E-mails from Hildebrand to Sony, Olivebridge, Animal Logic – Peter Rabbit 1st Draft Screenplay (LustSub-2325-2336) [CONFIDENTIAL] | | | | |
| 606 | 12/23/2014 Peter Rabbit 1 Producer Agreement Redlined 5th Version (LustSub-0927-0946) | | | | |
| 607 | 01/08/2016 Peter Rabbit Producer Agreement Final 6th Version Clean (LustSubt-0635-0702) [CONFIDENTIAL] | | | | |
| 608 | 09/26/2019 Email from Lust to Catantalo re: CONFIDENTIAL COMMUNICATIONS ANIMAL LOGIC ENTERTAINMENT/LUST MATTER | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 609 | 09/26/2019 Email from Lust to Catantalo re: CONFIDENTIAL COMMUNICATIONS ANIMAL LOGIC ENTERTAINMENT/LUST MATTER- Attachment 1 – Shrinking of Treehorns Producer Synopsis (JL001578-1579) | | | | |
| 610 | 04/15/2016 ALE Development update on projects relevant to Jason Lust | | | | |
| 611 | 09/08/2016-09/28/2016 Emails between Emanuel and Rosen re: Animal Logic/PETER RABBIT [credits and tax credits] | | | | |
| 612 | 10/10/2016 Email from Cornish to Lust re: Peter Rabbit producer fee entitlements. | | | | |
| 613 | 02/16/2017 Email from Cornish to Lust re: Peter Rabbit producer fee entitlements – updated Advances balance | | | | |
| 614 | 04/04/2017 Email from Cornish to Lust re: Peter Rabbit producer fee entitlements – updated Advances balance | | | | |
| 615 | 04/13/2017 "Tom Thumb" Distributor's Acceptance Agreement. | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 616 | 04/13/2017 "Tom Thumb" EP Agreement | | | | |
| 617 | 11/14/2017 Email from Edmonson to Chang/Shaeffer re: Correspondence re Imagine. | | | | |
| 618 | 11/14/2017 Email from Edmonson to Chang/Shaeffer re: Correspondence re Imagine Attachment – "Imagine Letter" / "Notice re Intellectual property Rights to The Shrinking of Treehorn" | | | | |
| 619 | 11/14/2017 Email from Edmonson to Chang/Shaeffer re: Correspondence to Fox. | | | | |
| 620 | 11/14/2017 Email from Edmonson to Chang/Shaeffer re: Correspondence to Fox – Attachment – "Fox Letter" / "Notice re Intellectual property Rights and Historic Creative Contributions to Fortunately, The Milk and Jason Lust's Historic Creative Contributions Regarding Bone" | | | | |
| 621 | Hollywood Reporter: How Peter Rabbit Won Over the UK Box Office (Beating Spielberg on the Way) – dated 04/06/2018; | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | https://www.hollywoodreporter.com/news/how-peter-rabbit-won-uk-box-office-beating-spielberg-way-1100303 | | | | |
| 622 | IF Magazine: More green ahead for Peter Rabbit as Sony greenlights a sequel – dated 05/07/2018; https://www.if.com.au/more-green-ahead-for-peter-rabbit-as-sony-greenlights-a-sequel/ | | | | |
| 623 | Deadline Hollywood: Imagine, Animal Logic Partner At Warner Bros on AnimatedHybrid Family Films – dated 05/22/2018; https://deadline.com/2018/05/warner-bros-imagine-entertainment-animal-logic-animated-hybrid-family-films-five-year-deal-1202395795/ | | | | |
| 624 | 03/04/2019 Email from Cornish to Lust re: Peter Rabbit entitlements accounting – updated Advances balances | | | | |
| 625 | 03/04/2019 Email from Cornish to Lust re: Peter Rabbit entitlements accounting – updated Advances balances – Attachment 1: "JL advances recoupment schedule (2019.03.05)" | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 626 | Variety: Ron Howard to Direct His First Animated Film (EXCLUSIVE) – dated 06/20/2019; https://variety.com/2019/film/news/ron-howard-first-animated-film-imagine-animal-logic-slate-1203248486/ | | | | |
| 627 | 09/18/2019 Email from Shaeffer to Johnson/Rosen re: Lust adv. Animal Logic [responses to Rosen questions and request for updates] [CONFIDENTIAL AND REDACTED] | | | | |
| 628 | 09/18/2019 Email from Shaeffer to Rosen re: Lust adv. Animal Logic [responses to Rosen questions and request for updates] – Attachment 1: "Project Schedule of Jason Lust eligible projects-C1" | | | | |
| 629 | 02/19/2020 Columbia/Lust Settlement Agreement Re Peter Rabbit 2 | | | | |
| 630 | 05/31/2020 Email from Cornish to Lust re: Peter Rabbit participation statements – March 31, 2020. | | | | |
| 631 | 11/11/2020 Email from Cornish to Lust re: Peter Rabbit participation statements – September 30, 2020. | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 632 | Comingsoon.net: Sony Pushes Peter Rabbit 2 The Runaway to Easter 2021 – dated 11/19/2020; https://www.comingsoon.net/movies/news/1155591-sony-pushes-peter-rabbit-2-the-runaway-to-easter-2021 | | | | |
| 633 | Cinemark Movie News: The World of Peter Rabbit – dated 11/20/2020; https://www.cinemark.com/movie-news/peter-rabbit-wonderful-world-animated-beatrix-potter | | | | |
| 634 | Variety: Ron Howards Thai Caves Rescue Film Thirteen Lives Set For Australia – dated 11/27/2020; https://variety.com/2020/film/news/ron-howard-thai-cave-rescue-film-australia-scott-morrison-1234841016/ | | | | |
| 635 | Screen Australia, The Screen Guide: Peter Rabbit 2 (2020); https://www.screenaustralia.gov.au/the-screen-guide/t/peter-rabbit-2-2020/37111 (last accessed 11/28/2020) | | | | |
| 636 | 04/14/2016 – 04/20/2016 Emails between Rosen and Emanuel Re: Animal Logic/Jason Lust – Peter Rabbit | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 637 | 05/04/2016 Email from Emanuel to Rosen Re: Animal Logic – Jason Lust | | | | |
| 638 | 11/22/2019 Letter from Johnson to Marshall (Sony/Columbia) re: Demand for Arbitration | | | | |
| 639 | 12/18/2019 Letter from Johnson to Jassy re: Jason Lust and Columbia Pictures Industries, Inc. | | | | |
| 640 | 01/10/2020 Letter from Jassy to Johnson re: Jason Lust and Columbia Pictures Industries, Inc. | | | | |
| 641 | 06/30/2015 E-mails re: "Signed agreement" SAJ Development and Production Letter Agreement [CONFIDENTIAL AND REDACTED] | | | | |
| 642 | 06/30/2015 SAJ Development and Production Letter Agreement [CONFIDENTIAL AND REDACTED] | | | | |
| 643 | 06/21/2019 E:mails re: Lust Development and Production MOU [CONFIDENTIAL AND REDACTED] | | | | |
| 644 | 06/21/2019 Lust Development and Production MOU [CONFIDENTIAL AND REDACTED] | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 645 | 10/16/2020 E-mails re: Lust Development and Production Term Sheet [CONFIDENTIAL AND REDACTED] | | | | |
| 646 | 10/12/2020 – 11/21/2020 E-mails Re: Lust Development and Production Deal Terms [CONFIDENTIAL AND REDACTED] | | | | |
| 1000 | 2/28/2013 Short-Form Agreement between Animal Logic and Jason Lust with a signature date of 3/19/2013 (AL000403 - AL000408) | | | | |
| 1001 | 12/19/2013 Email from Jason Lust to Rob Cornish Re Advance Retainer Agreement (AL011588 - AL011592) | | | | |
| 1002 | 1/21/2014 Certificate of Ownership of Results and Proceeds (LL-AL0000523 - LL-AL0000528) | | | | |
| 1002 | 1/21/2014 Certificate of Ownership of Results and Proceeds (LL-AL0000523 - LL-AL0000528) | | | | |
| 1003 | 9/26/2017 Jason Lust Filmography | | | | |

27

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1007 | 9/20/2012 Email from Jason Lust to Zareh Nalbandian Re Hello (AL045473) | | | | |
| 1010 | Producer's Agreement, executed June 23, 2016 (LustSub2149-LustSub2216) | | | | |
| 1011 | 2/13/2014 Email from Nate Greenwald to Zareh Nalbandian, Jason Lust, etc. Re Peter Rabbit (AL010285- AL010356) | | | | |
| 1013 | 7/31/2014 Email from Jason Lust to Zareh Nalbandian Re Jason Lust Letter (AL000282 - AL000286) | | | | |
| 1016 | 2/26/2013 Email from Rob Cornish to Jason Lust and Zareh Nalbandian Re Updated Proposal (AL000201-AL000206) | | | | |
| 1017 | 2/28/2013 Email from Rob Cornish to Jason Lust Re Credit Language Henson Agreement with Attachments (AL011752-AL011759) | | | | |
| 1018 | 3/3/2013 Email from Rob Cornish to Jason Lust Re | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Jason Lust Signed Proposal (AL045672 - AL045674) | | | | |
| 1019 | 3/3/13 email from Rob Cornish to Zoe Diamond (AL011725-AL011731) | | | | |
| 1020 | 4/8/2014 Email from Jason Lust to Zareh Nalbandian Re Peter Rabbit and Our Agreement (JL000279 - JL000280) | | | | |
| 1021 | 4/4/2014 Email from Jason Lust to Rob Cornish Re Peter Rabbit - Animal Logic (AL010063-AL010065) | | | | |
| 1022 | 4/7/2014 Email from Jonathan Hludzinski to Jason Lust Re Peter Rabbit Docs (AL027689 - AL027747) | | | | |
| 1023 | 4/9/2014 Email from Rob Cornish to Zareh Nalbandian Re Peter Rabbit and Our Agreement (AL000134) | | | | |
| 1024 | 4/9/2014 Email from Jason Lust to Craig Emanuel Re Peter Rabbit C of E (LL-AL0000521) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1025 | 2/14/2014 Email from Jason Lust to Robert Lieber Re Peter Rabbit (AL042137) | | | | |
| 1026 | 3/13/2014 Email from Zareh Nalbandian to Rob Cornish and Jason Lust Re "Peter Rabbit"- Animal Logic with Attachments: Col responses to comments on 1st draft cert.pdf; Peter Rabbit. Animal Logic. Producer Cert. vl sent vs v2 sent.redline (AL010135 - AL010146) | | | | |
| 1028 | 1/18/2013 Email from Jason Lust to Zareh Nalbandian Re peter Rabbit FYI (AL046739- AL046741) | | | | |
| 1029 | 6/29/2017 Email from Copyright Office to Jason Lust Re Confirmation of Receipt (JL001204 - JL001262) | | | | |
| 1030 | 1/0/1900 Producer Synopsis (JL001564 - JL001619) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1031 | 6/5/2013 Email from Jason Lust to Zareh Nalbandian Re Peter Rabbit Bios (AL046267- AL046268) | | | | |
| 1032 | 8/21/2013 Email from Jane Milledge to Felicity Staunton Re Rabbit story notes with Attachment (AL078835 - AL078860) | | | | |
| 1033 | 3/4/2014 Email from Rob Cornish to Jason Lust Re "Peter Rabbit"- Animal Logic with Attachment: Producer's Agreement (AL010151 - AL010204) | | | | |
| 1034 | 3/27/2014 Email from Craig Emanuel to Deborah Bruenell Re "Peter Rabbit" -Animal Logic (LustSub-0797) | | | | |
| 1035 | 6/30/2014 mail from Felicity Staunton to Jason Lust Re "Peter Rabbit" with Attachments (AL041719 - AL041820) | | | | |
| 1036 | Letter from Craig Emanuel to Deborah Bruenell dated July 3, 2014 (LustSub1790- LustSub1802) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1037 | 5/10/2016 Email from Craig Emanuel to Michael Marshall Re "Peter Rabbit" -Animal Logic- Issue With Jason Lust with Attachment (AL090447 - AL090451) | | | | |
| 1038 | 7/23/2014 Email from Jason Lust to Zareh Nalbandian Re JASON lUST/AIE LOAN REQUEST (AL045517) | | | | |
| 1039 | 10/10/2016 Email from Rob Cornish to Jason Lust Re Peter Rabbit Producer Fee Entitlements (AL000397 - AL000398) | | | | |
| 1041 | 7/9/2013 Email from Jason Lust to Zareh Nalbandian and Rob Cornish Re Cooties/Legal Representation/Retainer Agreement (AL009736-AL009739) | | | | |
| 1043 | 8/7/2013 Email from Jason Lust to Zareh Nalbandian and Rob Cornish Re FYI Phil Rosen (AL009735) | | | | |
| 1045 | 2/4/2015 2/4/2015 Letter from Sunny Brenner to Bryan J. Freedman and Phillip L. Rosen Re Jason Lust - Animal Logic (AL045483 -AL045485) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1046 | 9/22/2014 Email from Jason Lust to Rob Cornish Re CLAUS and NEMESIS COE - Jason Lust (AL023743 -AL023745) | | | | |
| 1047 | 1/29/2015 1/29/2015 Letter from Sunny Brenner to Bryan J. Freedman and Phillip L. Rosen Re Jason Lust - Animal Logic (AL000260-AL000261) | | | | |
| 1049 | 3/5/2015 Letter from Craig Emanuel to Phillip Rosen Re Jason Lust (AL000354) | | | | |
| 1051 | 7/3/2016 Producer's Agreement - Loanout (LustStub 1262-LustStub 1329) | | | | |
| 1052 | 9/22/2016 Email from Phillip Rosen to Craig Emanuel Re Animal Logic/PETER RABBIT (AL075780-AL075784) | | | | |
| 1053 | 8/31/2015 Letter from Emanual to Rosen (AL001181) | | | | |
| 1054 | 9/29/2015 Email from Craig Emanuel to Phillip Rosen Re Animal Logic - Jason Lust (AL045266-AL045267) | | | | |

33
JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1055 | 4/20/2016 Email from Craig Emanuel to Phillip Rosen Re Animal Logic/Jason Lust - Peter Rabbit (AL045576-AL045577) | | | | |
| 1056 | 4/15/2016 Animal Logic Entertainment Development Update on Projects Relevant to Jason Lust (PR000001) | | | | |
| 1058 | 4/29/2016 Email from Craig Emanuel to Phillip Rosen Re Animal Logic/Jason Lust (AL045582-AL045583) | | | | |
| 1059 | Jere Hausfater Initial Expert Report | | | | |
| 1061 | Screen Australia, Doing Business with Australia, Producer Offset and Co-productions brochure | | | | |
| 1062 | 2/28/2014 Email string starting 2/28/2014 with attached responses to first draft agreement (AL012385 - AL012433) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1063 | 1/29/2018 Expert Report of Joshua Wattles (JH0629 - JH0674) | | | | |
| 1064 | 9/11/2014 Emails dealing with signature of "claus" and "nemesis" COE (JL000943 - JL0001041) | | | | |
| 1065 | Ross Johnson Initial Expert Report | | | | |
| 1066 | The New York Times article, dated 9/10/09 (RJ0270-RJ0271) | | | | |
| 1067 | IndieWire Article dated 9/13/09 (RJ0272-RJ0274) | | | | |
| 1068 | Producers Guild article dated 11/19/09 (RJ0275-RJ0278) | | | | |
| 1069 | IMDB – The Fighter producers (RJ0285) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1070 | 1/4/2011 Deadline.com Article - PGA Rejected Ryan Kavanaugh's Appeal of his Omission from 'The Fighter' Producer Credits; Original Decision Stands (RJ0289 - RJ0290) | | | | |
| 1071 | Thewrap.com article dated 11/4/13 (RJ0286-RF0288) | | | | |
| 1072 | Buzz article dated April 1995 (RJ0291-RJ0296) | | | | |
| 1074 | PGA Code of Credits - theatrical Motion Pictures | | | | |
| 1075 | Ryan Kavanaugh – IMDB (RJ0277-RJ0279) | | | | |
| 1076 | The New York Times Article dated 9/25/08 (RJ0282) | | | | |
| 1077 | The New York Times Article dated 7/15/09 (RJ0280-RJ0281) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1078 | Vanity Fair Article dated March 2010 (RJ0283-RJ0284) | | | | |
| 1079 | 1/0/1900 Animal Logic Background (JL000680 - JL000681) | | | | |
| 1080 | 1/0/1900 PR Art (AL099735 - AL099745) | | | | |
| 1081 | 1/0/1900 Peter Rabbit - SAC Status (AL001079 - AL001083) | | | | |
| 1082 | 12/10/2012 Email from Jason Lust to Zareh Nalbandian Re Putting You Both In Touch (AL045718 - AL045722) | | | | |
| 1083 | 12/20/2012 Email from Zareh Nalbandian to Jason Lust Re Terms and Structure (JL000001 - JL000002) | | | | |
| 1084 | 1/27/2013 Email from Jason Lust to Jason Lust cc Zareh Nalbandian Re ALE PROLOGUE (JL000690 - JL000693) | | | | |
| 1085 | 2/27/2013 E-mail thread, most current E-mail dated February 27, 2013, from Rob Cornish to Jason Lust (JL000021 - JL000022) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1086 | 2/28/2013 Letter to Jason Lust from Animal Logic Re Signed Terms and Structure (JL000024 - JL000029) | | | | |
| 1087 | 4/5/2013 Email from Baker to Cornish re onboarding (AL011399) | | | | |
| 1088 | 7/11/2013 E-mail thread, most current E-mail dated July 11, 2013 from Rob Cornish to Jason Lust and Zareh Nalbandian (AL009740 - AL009741) | | | | |
| 1089 | 10/28/2013 Email from Tunnell to Okin re nemesis (AL040339) | | | | |
| 1090 | 10/28/2013 Email from Buchler to Zareh -- Peter Rabbit producer pitch meetings (AL079115) | | | | |
| 1091 | 11/9/2013 Email from Lust to Zareh re Gluck/Peter RAbbit (AL046418) | | | | |
| 1092 | 11/14/2013 Email from Minghella to Lust re PR (LustSub - 2286) | | | | |
| 1093 | 12/18/2013 Email from ZN to RC Re Draft Loan Agreement (AL000145). | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1094 | 1/21/2014 Producer's Agreement - Loanout (Development and Producing Services) Re Peter Rabbit (WG000073 - WG000139) | | | | |
| 1095 | 2/13/2014 Email from Emanuel to Greenwald (LL-AL0001260) | | | | |
| 1096 | 2/14/2014 Email from Greenwald to Emanuel -- summary of terms for Peter Rabbit (AL046407) | | | | |
| 1097 | 3/11/2014 Email from Emanual to Brenell re PR (LL-AL0001895) | | | | |
| 1099 | 3/13/2014 E-mail thread, most current E-mail dated March 13, 2014 from Rob Cornish to Zareh Nalbandian (AL010133 - AL010134) | | | | |
| 1100 | 3/15/2014 E-mail thread, most current E-mail dated March 15, 2014, from Craig Emanuel to Zareh Nalbandian and Rob Cornish (AL012385 - AL012386) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1101 | 3/22/2014 Email from Emanuel to Bruenell re PR (LustSub - 1527) | | | | |
| 1102 | 3/24/2014 Email from Craig Emanuel to Deborah Bruenell Re Peter Rabbit - Animal Logic (LustSub-0397) | | | | |
| 1104 | 4/4/2014 Email from Lust to Cornish re COE (AL010063 - AL010065) | | | | |
| 1105 | 4/4/2014 Email from Cornish to Lust re COE (AL010068 - AL010069) | | | | |
| 1106 | 4/4/2014 Email from Brenell to Emanuel re Peter Rabbit (LustSub - 0812) | | | | |
| 1108 | 4/9/2014 Email from Lieber to Lust -- re free dinner (AL041842) | | | | |
| 1110 | 4/11/2014 Email from Rob Cornish to Zareh Nalbandian Re Peter Rabit and Our Agreement (AL000099 - AL000100) | | | | |
| 1111 | 4/11/2014 E-mail thread, most current E-mail dated April 11, 2014 from Rob Cornish to Zareh Nalbandian (AL011545 - AL011548) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1112 | 5/12/2014 Email from Lust to Lust -- Nemesis Producer Agreement (AL026692 - AL026693) | | | | |
| 1113 | 5/27/2014 Email from Jason Lust to Jon Levin Re Fortunately The Milk (AL026251) | | | | |
| 1114 | 6/25/2014 Email from WB to Lust (AL040001). | | | | |
| 1115 | 7/14/2014 email from Lust to Zareh re COE for Nemesis (LL-AL0000681). | | | | |
| 1116 | 7/15/2014 Email from Lust to Schartz -- COE (AL025232 - AL025233) | | | | |
| 1117 | 8/19/2014 Email from Jason Lust to Zareh Nalbandian Re Your Note Regarding Our Discussions (AL000135) | | | | |
| 1118 | 9/12/2014 email from Cornish to Garlitz re COE for Nemesis and Claus (LL-AL0002516) | | | | |
| 1119 | 9/18/2014 Email from Lust to Cornish Re: "Claus" and "Nemesis" COE - Jason Lust (AL024069 - AL024072) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1120 | 11/2/2014 Email from Zareh to Lust (AL028497 - AL028498) | | | | |
| 1121 | 11/3/2014 Email from Zareh Nalbandian to Rob Cornish Re Jason Lust (AL011477) | | | | |
| 1122 | 11/5/2014 Email from Lust to Zareh re Phil Rosen update (AL045547) | | | | |
| 1123 | 11/8/2014 Email from Lust to Lust (AL022289) | | | | |
| 1125 | 11/12/2014 Email from JL to ZN Re E-ONE Benedict Carver | | | | |
| 1127 | 11/13/2014 Email from Lust to Carve re Pepper (AL021745 - AL021747) | | | | |
| 1128 | 11/14/2014 Email from Lust to Zareh (AL021734 - AL021735) | | | | |
| 1130 | 12/13/2014 Email from ZN to JL Re Last Unicorn (AL000142 - AL000144) | | | | |
| 1131 | 12/19/2014 Email from Zareh to Lust (AL045550 - AL045551) | | | | |
| 1132 | 1/27/2015 Email from Cornish to Lust re January invoice (AL011344 - AL011345) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1133 | 2/11/2015 Letter from Loeb to Freedman Re JL Contractual Obligations (AL000175 - AL000179) | | | | |
| 1134 | 3/11/2015 E-mail thread, most current E-mail dated March 11, 2015 from Rob Cornish to Zareh Nalbandian (AL011242 - AL011243) | | | | |
| 1135 | 4/6/2015 Jason emails Minghella about departure from AL (LustSub - 2343) | | | | |
| 1136 | 10/14/2015 Email from Catherine to Sangstron re PR Submission (AL099770) | | | | |
| 1137 | 10/14/2015 PR Development Narrative for application (AL099771 - AL099774) | | | | |
| 1138 | 10/14/2015 Peter Rabbit -- Producer Offset Parameters for Significant Australian Content (AL099807) | | | | |
| 1139 | 11/13/2015 FTM Producer Agreement (FOX000038 - FOX000057) | | | | |
| 1140 | 11/19/2015 Letter from Columbia Pictures to Craig Emanuel Re Peter Rabbit - Animal Logic Studios (Producer Agreement and Side Letter) (LustSub-0216- | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | LustSub-0218) | | | | |
| 1141 | 11/19/2015 Email from Deborah Bruenell to Craig Emanuel Re Peter Rabbit - Animal Logic (Producers) with Attachments (LustSub-0218-LustSub-0264) | | | | |
| 1142 | 11/27/2015 Letter from AU Gov' to Zareh re provisional acceptance of PR (Lust Sub - 2351 - Lust Sub - 2354) | | | | |
| 1143 | 12/16/2015 Email from Alex Sangston to Catherine McDonnell Re Trim Peter Rabbit (AL092572 - AL092575) | | | | |
| 1144 | 12/23/2015 Email from Deborah Bruenell to Kevin Garlitz Re Peter Rabbit - Animal Logic (Producers) (LustSub-0924-LustSub-0964) | | | | |
| 1146 | 1/12/2016 E-mail thread, most current E-mail dated January 12, 6 2016 from Deborah Bruenell to Kevin Garitz and others (LustStub 1092 - LustStub 1112) | | | | |

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1147 | 1/13/2016 Email from Swatt to Schenkman FTM (FOX000002) | | | | |
| 1149 | 3/17/2016 Email from Zareh Nalbandian to "FORTUNATELY, THE MILK" \| Animal Logic \| Producer (AL001343-AL001344 and AL001347) | | | | |
| 1150 | 3/30/2016 Email from Emanuel to Swatt re FTM (FOX000021) | | | | |
| 1151 | 4/1/2016 Email from Swatt to Emanuel re FTM (FOX000027) | | | | |
| 1153 | 7/6/2016 Executed Copy of PR Producer Agreement (LustSub - 0053 - LustSub - 0123) | | | | |
| 1154 | 10/26/2016 Email from McDonnell to Nalbandian Re Peter Rabbit Update (AL046276 - AL046280) | | | | |
| 1155 | 6/15/2017 Animal Logic Organization Chart (AL000566) | | | | |

JOINT EXHIBIT LIST

| No. of Exhibit | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1156 | 5/5/2017  email from McDonnell to Lust re Monkeys COE (AL01306) | | | | |
| 1157 | 1/29/2015 Email from Brenner to Freedman and Rose re Jason Lust (AL045486-45500) | | | | |
| 1158 | 7/14/2014 Email from Cornish to Garlitz re "Nemesis" / Certificates | | | | |
| 1159 | 9/12/2014  email from Garlitz to Cornis Re "Claus" and Nemesis COE - Jason Lust (LL-AL002497-2504 | | | | |

46