John Shaeffer (SBN 138331)
    jshaeffer@foxrothschild.com
Jeff Grant (SBN 218974)
    jgrant@foxrothschild.com
Joshua Bornstein (SBN 311658)
    jbornstein@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:   310-598-4150
Facsimile:   310-556-9828

Attorneys for Defendant and Counterclaimant, ANIMAL LOGIC ENTERTAINMENT, LLC, Incorrectly identified in the complaint as Animal Logic Entertainment US. Counterclaimants/Third-Party Complainants
ANIMAL LOGIC LLC, ANIMAL LOGIC ENTERTAINMENT PTY LTD
AND DEFENDANT ZAREH NALBANDIAN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON LUST, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ANIMAL LOGIC ENTERTAINMENT US, d/b/a ANIMAL LOGIC ENTERTAINMENT, LLC, a California limited liability corporation; ZAREH NALBANDIAN, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 17-CV-00308-JAK-AFM<br><br>Hon. John A. Kronstadt<br><br>**DEFENDANTS' DISPUTED JURY INSTRUCTIONS**<br><br>FPC:       January 25, 2021<br>Time:      8:30 a.m.<br>Place:     Courtroom 1B |
| ANIMAL LOGIC ENTERTAINMENT, LLC, a California limited liability corporation; ANIMAL LOGIC LLC, a California limited liability corporation, and ANIMAL LOGIC ENTERTAINMENT PTY LTD, an Australian company,<br><br>    Counterclaimants,<br><br>    v.<br><br>JASON LUST, an individual,<br><br>    Counterclaim-Defendant. | |
| Related Third-Party Complaint | |

DEFENDANTS' [PROPOSED] JURY INSTRUCTIONS

118476006.v1

## TABLE OF CONTENTS

Instruction No. 1 (Special Instruction No. 1……………………………………3

Instruction No. 2 (Special Instruction No. 2……………………………………4

Pursuant to the Court's Civil Trial Scheduling Order, Rule 51 of the Federal Rules of Civil Procedure, Local Rule 51-1 and this Court's rules, Defendants and Counterclaimants (collectively "Defendants") hereby submit the list special jury instructions proposed by Defendants and objected to by Plaintiff Jason Lust.

Dated: January 11, 2021    Respectfully submitted,

FOX ROTHSCHILD LLP

By  */s/ John Shaeffer*
John Shaeffer
Attorneys for Defendant and Counterclaimant
ANIMAL LOGIC ENTERTAINMENT, LLC,
Counterclaimants/Third-Party Complainants
ANIMAL LOGIC LLC, ANIMAL LOGIC
ENTERTAINMENT PTY LTD., and
Defendant ZAREH NALBANDIAN

2

DEFENDANTS' [PROPOSED] JURY INSTRUCTIONS

118476006.v1

**Instruction No. 1 (Special Instruction No. 1):**

A copyright owner is entitled to exclude others from copying a work made for hire.

A work made for hire is one that is prepared by an employee and is within the scope of employment.

A work is made for hire within the scope of employment if:

1. it is the kind of work the employee is employed to create;
2. it occurs substantially within the authorized time and space limits; and
3. it is made, at least in part, for the purpose of serving the employer.

The employer is considered to be the author of the work and owns the copyright [unless the employer and employee have agreed otherwise in writing].

A copyright owner of a work made for hire may enforce the right to exclude others in an action for copyright infringement.

**Source**: Ninth Circuit Model Jury Instructions No. 17.11(COPYRIGHT INTERESTS—WORK MADE FOR HIRE BY EMPLOYEE (17 U.S.C. § 201(b)).

**Instruction No. 2 (Special Instruction No. 2):**

A work for hire contract need not use the talismanic words such as "specially ordered or commissioned" because there is no requirement that work-for-hire contracts include any specific wording.

**Source**: *Warren v. Fox Family Worldwide, Inc*., 328 F.3d 1136, 1141 (9th Cir. 2003).